# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2021-3657
_____

IRWIN HICKS, JR.,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

April 12, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Irwin Hicks, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Juanita Villalpando and Kristen Jennifer Lonergan, Assistant Attorneys General, Tallahassee; Dan Johnson, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.